UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 21, 2023    **Time:** 5 hours 14 minutes    **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2    **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Stephen Marzen
**Attorney for Defendant:** Jack Di Canio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Jennifer Coulthard
**Mandarin Interpreter(s):** Lan Sung and Ling Lau

## PROCEEDINGS

**Continued Bench Trial – held.**

**Defense witnesses: Lu Wensheng (by Zoom)**

**CASE CONTINUED TO: August 22, 2023 at 9:00 a.m. for Continued Bench Trial**

**Admitted Trial Exhibits:**

**Government's Admitted Exhibit(s):  P1021, P1021T**

**Defense Admitted Exhibit(s): D3866-A, D3866T-A, D4878, D4878t,**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: <u>USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Stephen Marzen (by Zoom) | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| August 21, 2023 | Jennifer Coulthard | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04 AM | | | Court convened – all counsel present. | |
| | | | | | Government counsel requested that | |
| | | | | | Yun-Fan Chiu be admitted into the Zoom – | |
| | | | | | Court granted request. | |
| | | | | | Government renewed objections as to remote | |
| | | | | | Testimony from two defense witnesses. | |
| | | | | | Government renewed objections to defense | |
| | | | | | Document (meta-data provided). | |
| | | | | | Defense witness: LU WENSHENG | |
| | | 9:29 AM | | | Court recess | |
| | | 9:32 AM | | | Court reconvened | |
| | | | | | Direct examination of Lu Wensheng by J. DiCanio | Deft |
| | | 9:38 AM | | | Court break – court reporter technical issue | |
| | | 9:42 AM | | | Direct examination continued – Lu Wensheng | |
| P1021 | | 8/21/2023 | X | X | | |
| P1021T | | 8/21/2023 | X | X | | |
| | | 10:35 AM | | | Court recess – 15 minutes | |
| | | 10:51 AM | | | Court reconvened | |
| | | | | | Continued direct of Lu Wensheng | Deft |
| P1023 | | | | | Previously admitted | |
| P1023T | | | | | Previously admitted | |
| P1193 | | | | | Previously admitted | |
| P1193T | | | | | Previously admitted | |
| P1026 | | | | | Previously admitted | |
| P1026T | | | | | Previously admitted | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 12:08 PM | | | Court recess – return at 12:15 PM | |
| | | 1:18 PM | | | Court reconvened | |
| | | | | | Court addressed objection to Defense exhibits D3866-A and D3866T-A. | |
| | | 1:24 PM | | | Continued direct exam of Lu Wensheng | Deft |
| | D4878 | 8/21/2023 | X | X | | |
| | D4878T | 8/21/2023 | X | X | | |
| | D3866A | 8/21/2023 | X | X | | |
| | D3866T-A | 8/21/2023 | X | X | | |
| | | 2:13 PM | | | Direct examination concluded | |
| | | 2:17 PM | | | Court recess – 10 minutes | |
| | | 2:28 PM | | | Court reconvened | |
| | | | | | Cross examination of Lu Wensheng | Govt |
| | | 3:14 PM | | | Court recess – 10 minutes | |
| | | 3:22 PM | | | Court reconvened | |
| | | 3:26 PM | | | Continued cross examination of Lu Wensheng | Govt |
| | | 3:47 PM | | | Witness excused for day | |
| | | | | | Parties stipulate that a previously admitted Government Exhibit P1193T be substituted | |
| | | 4:12 PM | | | Court recess – return 8/22/2023 at 9:00 a.m. | |