AO 254A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
|---|---|
| V. | |
| FUJIAN JINHUA INTEGRATED CIRCUIT, CO. LTD. | Case Number: 18-cr-00465-MMC-2 |

For the reasons stated on the record at the announcement of judgment, the Court finds the Defendant NOT GUILTY on Counts One, Two, and Seven.

_____
Signature of Judge

Maxine M. Chesney
Senior United States District Judge
Name and Title of Judge

2/28/2024
Date